# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# MINUTES OF PROCEEDINGS
# VIA VIDEO/TELEPHONE CONFERENCE

**OFFICE:** NEWARK  **DATE:** December 6, 2021
**DISTRICT JUDGE** KEVIN MCNULTY
**COURT REPORTER:** Joanne Sekella

**TITLE OF CASE:**  **DOCKET # 21-cr-877**
UNITED STATES OF AMERICA
       vs.
THOMAS FARESE and
DOMENIC J. GATTO, JR.

**DEFTS. PRESENT**

**APPEARANCES:**

Sean M. Sherman, AUSA, Darren C. Haverson, AUSA, and Ryan L. O'Neill for Government
Sarita Kedia, Esq. for Defendant Thomas Farese
Seth L. Levine, Esq., and Paul A. Murphy, Esq. for Defendant Domenic J. Gatto, Jr.

**Nature of Proceedings**:    ARRAIGNMENT

Defendants consents to proceed via video/telephone conference.
Defendants consents to electronic signature on the record.
Defendants advised of rights.
Arraignment held.
Defendant Thomas Farese enters a Not Guilty Plea as to Counts 1-8 of Indictment.
Defendant Domenic J. Gatto, Jr. enters a Not Guilty Plea as to Counts 1-11 of Indictment.
Oral Order declaring this case a Complex Case and extending the Continuance for 14 days.
Government to submit a proposed order.
Ordered Government to produce Brady matters promptly as soon as recognized, by March 15, 2022.
Scheduling Order and Continuance Order to be agreed upon and submitted for filing.
Ordered bail continued for both defendants.

**Time Commenced: 10:00**
**Time Adjourned: 10:40**
**Total Time: 40 Minutes**

                                                                                 _Nitza Creegan_
                                                                                 DEPUTY CLERK